Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

FILED JAN 27 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FILED JAN 27 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicholas B. Thomas | Case No. CV23-0412 TSH |
| *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| The Honorable Denis McDonough, Secretary of the Department of Veterans Affairs for the Department of Veterans Affairs | |
| *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

    A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nicholas B. Thomas |
| Street Address | PO Box 57714 |
| City and County | Tucson, Pima |
| State and Zip Code | Arizona 85732 |
| Telephone Number | (505) 804-9512 |
| E-mail Address | nthomas6610@yahoo.com |

    B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Denis R. McDonough for Dept. of Veterans Affairs |
| Job or Title *(if known)* | Secretary of Veterans Affairs |
| Street Address | 810 Vermont Avenue NW |
| City and County | Washington D.C. |
| State and Zip Code | 20420 |
| Telephone Number | 1-800-827-1000 |
| E-mail Address *(if known)* | Denis.McDonough@va.gov |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Department of Veterans Affairs (VA), Veterans Health Agency (VHA) violate my rights as a Career Federal Employee by Removing me from federal employment on February 22, 2022. This Removal is a breach of Code of Federal Regulations (CFR) " U.S. Code 5 § 3341 Details Within Federal Departments " . This Removal also violates my due process protection as afforded federal employees under the fifth amendment to the constitution.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

  b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Salary and benefits lost to date is approximately $300,000.00 Expenses directly related to the VA's actions are approximately $75,000.00. Approximate real damages: $2,436,479.12 which does not include the Within Grade Increases, Benefit increases and Cost Of Living Increases which would occur over the rest of my career.
Plus emotional, mental and physical Stress caused by the VA's decision which forced my family into moving during an international pandemic with stay at home orders which was a direct

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I. In November of 2010 I entered into employment with the Department of Veterans Affairs. Subsequently I completed my probationary period and became a Career Permanent Federal Employee with all the rights and responsibilities thereof.
II. In mid-2018 I apply, go through the exhaustive interview process and am offered a position as Hospital Housekeeping Officer, Chief Environmental Management which is a Director level position. I accepted the verbal offer but later refused the written offer as it did not contain the government provided housing which was crucial in my accepting this position.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting that all of the time which the facility counted as AWOL because I refused to return to a demoted position be changed to Authorized Absence and or another paid duty status to the current date and my employment status be negotiated at that time. I also ask my employee file be purged of any and all disciplinary actions. I should be made whole for the amounts it cost to originally move to California, the amount to move my Family and goods out of California and the expenses incurred in arranging for us to see eachother during this separation. I had to purchase a second vehicle because my first one was too small to reasonably live in and I had to leave my family without a vehicle until I made this purchase. I ask for all extra expenses incurred because of

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/20/2023

Signature of Plaintiff   *[signature]*
Printed Name of Plaintiff   Nicholas B. Thomas

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

1. Section II: Basis for Jurisdiction:

   The Department of Veterans Affairs (VA), Veterans Health Agency (VHA) violate my rights as a Career Federal Employee by Removing me from federal employment on February 22, 2022. This Removal is a breach of Code of Federal Regulations (CFR) "U.S. Code 5 § 3341 Details Within Federal Departments". This Removal also violates my due process protection as afforded federal employees under the fifth amendment to the constitution.

2. Amount in Controversy:

    Approximate real damages: $2,436,479.12 which does not include the Within Grade Increases, Benefit increases and Cost Of Living Increases which would occur over the rest of my career.

    Plus emotional, mental and physical Stress caused by the VA's decision which forced my family into moving during an international pandemic with stay at home orders which was a direct threat to my families lives. Their actions caused me to endure much of my daughters sixth year of life without her and left me to live in a homeless condition apart from my family. Because of this situation I have been prescribed lithium and referred to mental health counseling for suicidal thoughts. This situation has left me depressed, unable to work in my chosen career field, go to school or improve my current situation at all.

    Impact to my children who were receiving child support from me as well as impact to my credit rating caused by this illicit and unjustified harassment and removal from federal employment.

3. Section III Statement of Claim:

   I. In November of 2010 I entered into employment with the Department of Veterans Affairs. Subsequently I completed my probationary period and became a Career Permanent Federal Employee with all the rights and responsibilities thereof.

II. In mid-2018 I apply, go through the exhaustive interview process and am offered a position as Hospital Housekeeping Officer, Chief Environmental Management which is a Director level position. I accepted the verbal offer but later refused the written offer as it did not contain the government provided housing which was crucial in my accepting this position.

III. They subsequently reposted with the possibility of housing once again in the offer and I reapply. The Supervisor for the position contacts me to ask if his receiving my application is a mistake and I respond, it is not and explain that I refused the offer last time because there was no offer of housing in the written offer I was sent. He at that time told me he would look into it and I was contacted a short time later with another offer which contained the agreed upon housing and I at this time accepted the written offer.

IV. In February of 2019 I traveled to Palo Alto to attend New Employee Orientation (NEO) for a week starting on the 17th of February. During this time I met with the MCD (Thomas Fitzgerald and my Direct Report (Gary Mendez). During this meeting Mr. Mendez mentioned that there was a 3 bedroom house on campus coming available next year and that if I was still with them at that time I could move over to it to which Mr. Fitzgerald signaled assent. Mr. Fitzgerald also at that time told me he was working on restoring the Chief EMS position to a GS-14 and I could also look forward to that if I was still there in a year.

V. On March 20, 2020 I am removed from serving in my official position by the Medical Center Director (MCD) Tony Fitzgerald without any justification and placed in a "Detail".

VI. This "Detail" was used as part of a campaign of harassment which began with "Detailing" me to the Safety and Emergency Management Service but my being assigned to work in the Green Environment Management portion of the Engineering Service where I was tasked to assist William "Bill" Smith in picking up hazardous waste at the various VA campus' for several months after which time I was assigned to review the previous year's invoices for the Green Environmental Management Service. After I reviewed 2 years of invoices for this department, I was assigned no other work for the remainder of my tenure.

VII. On 05/28/2020 I received a downgrade memo from the MCD in which he states that he is accepting my voluntary step down from my position as GS-0673-13 Step 4 Hospital Housekeeping Officer in to a Safety and Emergency Management Specialist GS-0089-12 Step 12 position as agreed upon in our meeting on 03/20/20. This statement was fraudulent as this conversation and agreement never occurred.

VIII. I was subsequently placed in another "Detail" to the Safety and Emergency Management Service where I remained for the duration of my tenure with the VA Palo Alto Healthcare System.

IX. I was also at this time on 03/20/2020 given a memo removing myself and my family from government housing on July 31, 2020. The Director stated that since I was no longer performing the role of Chief EMS he felt he must remove me from housing.

A. Government housing is part of my employment agreement dated January 14, 2019.
B. A "Detail" did not remove me from the position I occupied and thus removing me from government housing was inconsistent.
C. This removal occurred during an international public health emergency for which our facility had been preparing for months which included daily monitoring of CDC and other governmental bodies guidance.

X. This removal from government housing was tantamount to a removal from employment as my salary would not allow me to afford to live in the work area.

XI. This removal from housing occurred during the initial stages of a worldwide pandemic which had caused the CDC and the State of California to issue moratoriums on evictions due to the risk to public health and safety.

XII. During this time period the MCD had a staff meeting with the staff of my Service, the Environmental Management Service, in which he maligned my character and my professional abilities.

XIII. Over the next year I was subjected to various harassments and humiliation by being moved to different campus' and offices with no warning and being assigned virtually no work.

XIV. In May of 2020 I begin searching for adequate and affordable housing for my family and in late July 2020 make the determination that I will have to move them out of state in order to ensure them a safer, livable and somewhat secure environment.

XV. In July 2020 I begin attempting to obtain mental health services from my insurer and I am started on Lithium to treat my mental state.

XVI. In August of 2020 I move my family for a short term stay in Albuquerque New Mexico while we seek better arrangements and I begin living in my vehicle in order to maintain my position with the VA until such time as I am restored to my position.

XVII. In October 2020 I travel to pick up my family and take them to Tucson AZ where they have a better support system and we can afford to find a suitable place for them to reside.

XVIII. On November 19, 2021 I was sent a Proposed Suspension with the charges of failure to follow a direct order, absent without leave and failure to follow leave procedures. the Associate Director presented me with a Termination of Detail letter which purported to terminate the supposed Detail I was posted in but did not meet the relevant regulations, policies or procedures and was indeed a furtherance of the hostile work environment I was being subjected to. From approximately March 20, 2020 to current I have been subject to a hostile work environment.

XIX. I am removed from my federal position on February 21, 2022 based on charges of absent without leave and failure to follow leave procedures by the Medical Center Director (MCD) Lisa Howard.

XX. My implied and express employment contract is breached and is thus actionable under Supreme Court case 20-219 "Jane Cummings v. Premier Rehab Keller P.L.L.C.". Facility Officer actions prior to and including my Removal constitute a hostile work environment

and so is actionable under the cases; Faragher v. City of Boca Raton, 524 U.S. 775 (1998), and Burlington Industries, Inc. v. Ellerth, 524 U.S. 742 (1998) in that "an employer is vicariously liable for severe or pervasive workplace harassment by a supervisor of the victim".

XXI. The codes of conduct and behavior for Federal and Agency employees is violated by the facility official's actions. The spirit of the Federal and Agency Values and Characteristics are not adhered to.

XXII. I originally contact the Secretary of Veterans Affairs so his office is aware of the hostile work environment, the waste fraud and abuse caused by the mentioned actions and the subsequent Removal. The Secretaries office did order an investigation which was performed by a representative from the VISN office in Sacramento. His office is also aware of my prior filings with the Office of Special Counsel (OSC). I remit an SF-95 Form (Claim for Damage, Injury or Death) to the Secretary of the VA via EMAIL prior to filing one to the Office of Special Counsel, Torts Law Group in March 2022 via the United Stated Postal Service as outlined and required by regulations, statute and the Federal Torts Claim Act to pursue justice. I am filing this request for adjudication by the Federal Courts.